# EXHIBIT B

# Timecard Journal

07/10/13

## Timecard Journal

*Employee 118 to 118, Status 1 to 3*

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|
| Posted | 03/26/09 | 04/01/09 | NY | 118 Jose Henriquez |

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 03/27/2009 | 249 Shea Maintenance | | 1010.000 Labor | 42 Landscape Design | | 12.00 Regular | 8.00 |
| 03/27/2009 | 249 Shea Maintenance | | 1010.000 Labor | 42 Landscape Design | | 18.00 Overtime | 2.00 |
| 03/27/2009 | 249 Shea Maintenance | | 1010.000 Labor | 42 Landscape Design | 2 Drive Time | 12.00 Regular | 3.00 |
| 03/30/2009 | 269 Restoration Trees | | 1010.000 Labor | 42 Landscape Design | | 12.00 Regular | 8.00 |
| 03/30/2009 | 269 Restoration Trees | | 1010.000 Labor | 42 Landscape Design | 2 Drive Time | 12.00 Regular | 3.00 |
| 03/31/2009 | 269 Restoration Trees | | 1010.000 Labor | 42 Landscape Design | | 12.00 Regular | 8.00 |
| 03/31/2009 | 269 Restoration Trees | | 1010.000 Labor | 42 Landscape Design | 2 Drive Time | 12.00 Regular | 3.00 |
| 04/01/2009 | 269 Restoration Trees | | 1010.000 Labor | 42 Landscape Design | | 12.00 Regular | 8.00 |
| 04/01/2009 | 269 Restoration Trees | | 1010.000 Labor | 42 Landscape Design | 2 Drive Time | 12.00 Regular | 3.00 |
| 04/01/2009 | 269 Restoration Trees | | 1010.000 Labor | 42 Landscape Design | | 18.00 Overtime | 1.00 |

| | *Reg* | *Ovt* | *Prm* | *Sick* | *Vac* | *Hol* | *Piece* | *PerDiem* | *Misc* |
|---|---|---|---|---|---|---|---|---|---|
| *Hours:* | 44.00 | 3.00 | | | | | | | |
| *Pay:* | 528.00 | 54.00 | | | | | | | |

**Total Hours:** 47.00 **Total Wages:** 582.00

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|
| Posted | 04/02/09 | 04/08/09 | NY | 118 Jose Henriquez |

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 04/02/2009 | 269 Restoration Trees | | 1010.000 Labor | 42 Landscape Design | | 12.00 Regular | 8.00 |
| 04/02/2009 | 269 Restoration Trees | | 1010.000 Labor | 42 Landscape Design | 2 Drive Time | 12.00 Regular | 2.00 |
| 04/03/2009 | 269 Restoration Trees | | 1010.000 Labor | 42 Landscape Design | | 12.00 Regular | 6.50 |
| 04/06/2009 | 208 BP Trees 08 | | 1010.000 Labor | 42 Landscape Design | | 24.25 Premium | 4.00 |
| 04/07/2009 | 208 BP Trees 08 | | 1010.000 Labor | 42 Landscape Design | | 24.25 Premium | 8.00 |
| 04/08/2009 | 208 BP Trees 08 | | 1010.000 Labor | 42 Landscape Design | | 24.25 Premium | 8.00 |

# Timecard Journal

07/10/13

Continued...

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 04/08/2009 | 249 | | 1010.000 | 42 | | 18.00 | 1.50 |
| | Shea Maintenance | | Labor | Landscape Design | | Overtime | |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| *Hours:* | 16.50 | 1.50 | 20.00 | | | | | | |
| *Pay:* | 198.00 | 27.00 | 485.00 | | | | | | |

**Total Hours:** **38.00** **Total Wages:** **710.00**

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|
| Posted | 04/09/09 | 04/15/09 | NY | 118 Jose Henriquez |

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 04/09/2009 | 208 | | 1010.000 | 42 | | 24.25 | 8.00 |
| | BP Trees 08 | | Labor | Landscape Design | | Premium | |
| 04/09/2009 | 249 | | 1010.000 | 42 | | 18.00 | 2.00 |
| | Shea Maintenance | | Labor | Landscape Design | | Overtime | |
| 04/10/2009 | 208 | | 1010.000 | 42 | | 24.25 | 8.00 |
| | BP Trees 08 | | Labor | Landscape Design | | Premium | |
| 04/13/2009 | 249 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Shea Maintenance | | Labor | Landscape Design | | Regular | |
| 04/13/2009 | 249 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Shea Maintenance | | Labor | Landscape Design | Drive Time | Regular | |
| 04/14/2009 | 249 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Shea Maintenance | | Labor | Landscape Design | | Regular | |
| 04/14/2009 | 249 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Shea Maintenance | | Labor | Landscape Design | Drive Time | Regular | |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| *Hours:* | 22.00 | 2.00 | 16.00 | | | | | | |
| *Pay:* | 264.00 | 36.00 | 388.00 | | | | | | |

**Total Hours:** **40.00** **Total Wages:** **688.00**

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|
| Posted | 04/16/09 | 04/22/09 | NY | 118 Jose Henriquez |

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 04/16/2009 | 249 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Shea Maintenance | | Labor | Landscape Design | | Regular | |
| 04/16/2009 | 249 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Shea Maintenance | | Labor | Landscape Design | Drive Time | Regular | |
| 04/17/2009 | 249 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Shea Maintenance | | Labor | Landscape Design | | Regular | |
| 04/17/2009 | 249 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Shea Maintenance | | Labor | Landscape Design | Drive Time | Regular | |
| 04/21/2009 | 249 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Shea Maintenance | | Labor | Landscape Design | | Regular | |
| 04/21/2009 | 249 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Shea Maintenance | | Labor | Landscape Design | Drive Time | Regular | |
| 04/22/2009 | 249 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Shea Maintenance | | Labor | Landscape Design | | Regular | |
| 04/22/2009 | 249 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Shea Maintenance | | Labor | Landscape Design | Drive Time | Regular | |

# Timecard Journal

07/10/13

Continued...

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 44.00 | | | | | | | | |
| Pay: | 528.00 | | | | | | | | |

Total Hours: 44.00 Total Wages: 528.00

Posted 04/23/09 04/29/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 04/23/2009 | 249 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Shea Maintenance | | Labor | Landscape Design | | Regular | |
| 04/23/2009 | 249 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Shea Maintenance | | Labor | Landscape Design | Drive Time | Regular | |
| 04/24/2009 | 249 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Shea Maintenance | | Labor | Landscape Design | | Regular | |
| 04/24/2009 | 249 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Shea Maintenance | | Labor | Landscape Design | Drive Time | Regular | |
| 04/27/2009 | 249 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Shea Maintenance | | Labor | Landscape Design | | Regular | |
| 04/27/2009 | 249 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Shea Maintenance | | Labor | Landscape Design | Drive Time | Regular | |
| 04/28/2009 | 259 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Novartis phase 2 | | Labor | Landscape Design | | Regular | |
| 04/28/2009 | 259 | | 1010.000 | 42 | 2 | 12.00 | 4.00 |
| | Novartis phase 2 | | Labor | Landscape Design | Drive Time | Regular | |
| 04/29/2009 | 259 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Novartis phase 2 | | Labor | Landscape Design | | Regular | |
| 04/29/2009 | 259 | | 1010.000 | 42 | 2 | 12.00 | 4.00 |
| | Novartis phase 2 | | Labor | Landscape Design | Drive Time | Regular | |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 57.00 | | | | | | | | |
| Pay: | 684.00 | | | | | | | | |

Total Hours: 57.00 Total Wages: 684.00

Posted 04/30/09 05/06/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 04/30/2009 | 249 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Shea Maintenance | | Labor | Landscape Design | | Regular | |
| 04/30/2009 | 249 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Shea Maintenance | | Labor | Landscape Design | Drive Time | Regular | |
| 05/01/2009 | 249 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Shea Maintenance | | Labor | Landscape Design | | Regular | |
| 05/01/2009 | 249 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Shea Maintenance | | Labor | Landscape Design | Drive Time | Regular | |
| 05/04/2009 | 271 | | 1010.000 | 42 | | 24.25 | 4.00 |
| | HRM Seg 5 | | Labor | Landscape Design | | Premium | |
| 05/06/2009 | 270 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | 270 Greenwich Maintenanc | | Labor | Landscape Design | | Regular | |
| 05/06/2009 | 270 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | 270 Greenwich Maintenanc | | Labor | Landscape Design | Drive Time | Regular | |

# Timecard Journal

07/10/13

Continued...

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 33.00 | | 4.00 | | | | | | |
| Pay: | 396.00 | | 97.00 | | | | | | |

**Total Hours: 37.00 Total Wages: 493.00**

| Posted | 05/07/09 | 05/13/09 | NY | 118 Jose Henriquez |
|---|---|---|---|---|

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 05/08/2009 | 270 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | 270 Greenwich Maintenanc | | Labor | Landscape Design | | Regular | |
| 05/08/2009 | 270 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | 270 Greenwich Maintenanc | | Labor | Landscape Design | Drive Time | Regular | |
| 05/11/2009 | 214 | | 1010.000 | 42 | | 24.25 | 8.00 |
| | 23/24 Fence | | Labor | Landscape Design | | Premium | |
| 05/12/2009 | 271 | | 1010.000 | 42 | | 24.25 | 8.00 |
| | HRM Seg 5 | | Labor | Landscape Design | | Premium | |
| 05/13/2009 | 271 | | 1010.000 | 42 | | 24.25 | 8.00 |
| | HRM Seg 5 | | Labor | Landscape Design | | Premium | |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 11.00 | | 24.00 | | | | | | |
| Pay: | 132.00 | | 582.00 | | | | | | |

**Total Hours: 35.00 Total Wages: 714.00**

| Posted | 05/14/09 | 05/20/09 | NY | 118 Jose Henriquez |
|---|---|---|---|---|

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 05/14/2009 | 271 | | 1010.000 | 42 | | 24.25 | 8.00 |
| | HRM Seg 5 | | Labor | Landscape Design | | Premium | |
| 05/15/2009 | 271 | | 1010.000 | 42 | | 24.25 | 8.00 |
| | HRM Seg 5 | | Labor | Landscape Design | | Premium | |
| 05/18/2009 | 249 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Shea Maintenance | | Labor | Landscape Design | | Regular | |
| 05/18/2009 | 249 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Shea Maintenance | | Labor | Landscape Design | Drive Time | Regular | |
| 05/19/2009 | 259 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Novartis phase 2 | | Labor | Landscape Design | | Regular | |
| 05/19/2009 | 259 | | 1010.000 | 42 | | 18.00 | 2.00 |
| | Novartis phase 2 | | Labor | Landscape Design | | Overtime | |
| 05/19/2009 | 259 | | 1010.000 | 42 | 2 | 12.00 | 3.50 |
| | Novartis phase 2 | | Labor | Landscape Design | Drive Time | Regular | |
| 05/20/2009 | 249 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Shea Maintenance | | Labor | Landscape Design | | Regular | |
| 05/20/2009 | 249 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Shea Maintenance | | Labor | Landscape Design | Drive Time | Regular | |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 33.50 | 2.00 | 16.00 | | | | | | |
| Pay: | 402.00 | 36.00 | 388.00 | | | | | | |

**Total Hours: 51.50 Total Wages: 826.00**

# Timecard Journal

07/10/13

Continued...

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|
| Posted | 05/21/09 | 05/27/09 | NY | 118 Jose Henriquez |

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 05/21/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | | 12.00 Regular | 8.00 |
| 05/21/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | 2 Drive Time | 12.00 Regular | 3.50 |
| 05/21/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | | 18.00 Overtime | 2.00 |
| 05/22/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | | 12.00 Regular | 8.00 |
| 05/22/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | | 18.00 Overtime | 3.00 |
| 05/22/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | 2 Drive Time | 12.00 Regular | 3.50 |
| 05/26/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | | 12.00 Regular | 8.00 |
| 05/26/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | 2 Drive Time | 12.00 Regular | 3.50 |
| 05/27/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | | 12.00 Regular | 8.00 |
| 05/27/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | 2 Drive Time | 12.00 Regular | 3.50 |

| | *Reg* | *Ovt* | *Prm* | *Sick* | *Vac* | *Hol* | *Piece* | *PerDiem* | *Misc* |
|---|---|---|---|---|---|---|---|---|---|
| *Hours:* | 46.00 | 5.00 | | | | | | | |
| *Pay:* | 552.00 | 90.00 | | | | | | | |

**Total Hours: 51.00 Total Wages: 642.00**

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|
| Posted | 05/28/09 | 06/03/09 | NY | 118 Jose Henriquez |

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 05/28/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | | 12.00 Regular | 8.00 |
| 05/28/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | 2 Drive Time | 12.00 Regular | 3.50 |
| 05/29/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | | 12.00 Regular | 8.00 |
| 05/29/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | 2 Drive Time | 12.00 Regular | 3.50 |
| 06/01/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | | 12.00 Regular | 8.00 |
| 06/01/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | 2 Drive Time | 12.00 Regular | 3.50 |
| 06/02/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | | 12.00 Regular | 8.00 |
| 06/02/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | 2 Drive Time | 12.00 Regular | 3.50 |
| 06/03/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | | 12.00 Regular | 8.00 |
| 06/03/2009 | 259 Novartis phase 2 | | 1010.000 Labor | 42 Landscape Design | 2 Drive Time | 12.00 Regular | 3.50 |

# Timecard Journal

07/10/13

Continued...

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 57.50 | | | | | | | | |
| Pay: | 690.00 | | | | | | | | |

**Total Hours:** 57.50 **Total Wages:** 690.00

Posted 06/04/09 06/10/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 06/04/2009 | 259<br>Novartis phase 2 | | 1010.000<br>Labor | 42<br>Landscape Design | | 12.00<br>Regular | 6.00 |
| 06/04/2009 | 259<br>Novartis phase 2 | | 1010.000<br>Labor | 42<br>Landscape Design | 2<br>Drive Time | 12.00<br>Regular | 2.00 |
| 06/04/2009 | 249<br>Shea Maintenance | | 1010.000<br>Labor | 42<br>Landscape Design | | 12.00<br>Regular | 2.00 |
| 06/04/2009 | 249<br>Shea Maintenance | | 1010.000<br>Labor | 42<br>Landscape Design | | 18.00<br>Overtime | 1.50 |
| 06/04/2009 | 249<br>Shea Maintenance | | 1010.000<br>Labor | 42<br>Landscape Design | 2<br>Drive Time | 12.00<br>Regular | 1.00 |
| 06/05/2009 | 249<br>Shea Maintenance | | 1010.000<br>Labor | 42<br>Landscape Design | | 12.00<br>Regular | 8.00 |
| 06/05/2009 | 249<br>Shea Maintenance | | 1010.000<br>Labor | 42<br>Landscape Design | 2<br>Drive Time | 12.00<br>Regular | 1.25 |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 20.25 | 1.50 | | | | | | | |
| Pay: | 243.00 | 27.00 | | | | | | | |

**Total Hours:** 21.75 **Total Wages:** 270.00

Posted 06/18/09 06/24/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 06/23/2009 | 205<br>AMNH Maintenance | | 1010.000<br>Labor | 42<br>Landscape Design | | 24.25<br>Premium | 8.00 |
| 06/24/2009 | 205<br>AMNH Maintenance | | 1010.000<br>Labor | 42<br>Landscape Design | | 24.25<br>Premium | 8.00 |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | | | 16.00 | | | | | | |
| Pay: | | | 388.00 | | | | | | |

**Total Hours:** 16.00 **Total Wages:** 388.00

Posted 06/25/09 07/01/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 06/25/2009 | 98<br>Yard - B | | 1010.000<br>Labor | 42<br>Landscape Design | | 24.25<br>Premium | 8.00 |
| 06/26/2009 | 205<br>AMNH Maintenance | | 1010.000<br>Labor | 42<br>Landscape Design | | 24.25<br>Premium | 8.00 |
| 06/29/2009 | 281<br>HRM 2/3/4 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 24.25<br>Premium | 8.00 |
| 06/30/2009 | 281<br>HRM 2/3/4 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 24.25<br>Premium | 8.00 |
| 07/01/2009 | 282<br>HRM 5/6/7 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 24.25<br>Premium | 8.00 |

# Timecard Journal

07/10/13

Continued...

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | | | 40.00 | | | | | | |
| Pay: | | | 970.00 | | | | | | |

**Total Hours:** **40.00** **Total Wages:** **970.00**

---

Posted 07/02/09 07/08/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 07/02/2009 | 98<br>Yard - B | | 1010.000<br>Labor | 42<br>Landscape Design | | 12.00<br>Regular | 8.00 |
| 07/02/2009 | 98<br>Yard - B | | 1010.000<br>Labor | 42<br>Landscape Design | | 18.00<br>Overtime | 2.50 |
| 07/07/2009 | 97<br>Yard - G | | 1010.000<br>Labor | 42<br>Landscape Design | | 12.00<br>Regular | 8.00 |
| 07/07/2009 | 97<br>Yard - G | | 1010.000<br>Labor | 42<br>Landscape Design | | 18.00<br>Overtime | 1.50 |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 16.00 | 4.00 | | | | | | | |
| Pay: | 192.00 | 72.00 | | | | | | | |

**Total Hours:** **20.00** **Total Wages:** **264.00**

---

Posted 07/09/09 07/15/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 07/09/2009 | 97<br>Yard - G | | 1010.000<br>Labor | 42<br>Landscape Design | | 12.00<br>Regular | 8.00 |
| 07/09/2009 | 97<br>Yard - G | | 1010.000<br>Labor | 42<br>Landscape Design | | 18.00<br>Overtime | 2.00 |
| 07/10/2009 | 97<br>Yard - G | | 1010.000<br>Labor | 42<br>Landscape Design | | 12.00<br>Regular | 8.00 |
| 07/10/2009 | 97<br>Yard - G | | 1010.000<br>Labor | 42<br>Landscape Design | | 18.00<br>Overtime | 2.00 |
| 07/14/2009 | 264<br>Third Avenue | | 1010.000<br>Labor | 42<br>Landscape Design | | 12.00<br>Regular | 2.00 |
| 07/14/2009 | 264<br>Third Avenue | | 1010.000<br>Labor | 42<br>Landscape Design | 2<br>Drive Time | 12.00<br>Regular | 1.50 |
| 07/14/2009 | 282<br>HRM 5/6/7 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 6.00 |
| 07/15/2009 | 282<br>HRM 5/6/7 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 19.50 | 4.00 | 14.00 | | | | | | |
| Pay: | 234.00 | 72.00 | 364.70 | | | | | | |

**Total Hours:** **37.50** **Total Wages:** **670.70**

---

Posted 07/16/09 07/22/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 07/16/2009 | 282<br>HRM 5/6/7 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |
| 07/17/2009 | 282<br>HRM 5/6/7 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |

# Timecard Journal

07/10/13

Continued...

| Status | | Start Date | End Date | State | Employee | | | |
|---|---|---|---|---|---|---|---|---|
| 07/20/2009 | 282 | | 1010.000 | | 42 | | 26.05 | 8.00 |
| | HRM 5/6/7 2009 | | Labor | | Landscape Design | | Premium | |
| 07/21/2009 | 230 | | 1010.000 | | 42 | | 12.00 | 3.00 |
| | Moma 2008 | | Labor | | Landscape Design | | Regular | |
| 07/22/2009 | 282 | | 1010.000 | | 42 | | 26.05 | 8.00 |
| | HRM 5/6/7 2009 | | Labor | | Landscape Design | | Premium | |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 3.00 | | 32.00 | | | | | | |
| Pay: | 36.00 | | 833.60 | | | | | | |

**Total Hours:** **35.00** **Total Wages:** **869.60**

| | Posted | 07/23/09 | 07/29/09 | NY | 118 Jose Henriquez | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Job | Phase | Cost Code | | Compcode | PayGroup | Rate | Hrs/Pc |
| 07/23/2009 | 282 | | 1010.000 | | 42 | | 26.05 | 5.00 |
| | HRM 5/6/7 2009 | | Labor | | Landscape Design | | Premium | |
| 07/23/2009 | 249 | | 1010.000 | | 42 | | 12.00 | 3.00 |
| | Shea Maintenance | | Labor | | Landscape Design | | Regular | |
| 07/23/2009 | 249 | | 1010.000 | | 42 | | 18.00 | 1.50 |
| | Shea Maintenance | | Labor | | Landscape Design | | Overtime | |
| 07/27/2009 | 281 | | 1010.000 | | 42 | | 26.05 | 8.00 |
| | HRM 2/3/4 2009 | | Labor | | Landscape Design | | Premium | |
| 07/28/2009 | 281 | | 1010.000 | | 42 | | 26.05 | 8.00 |
| | HRM 2/3/4 2009 | | Labor | | Landscape Design | | Premium | |
| 07/29/2009 | 281 | | 1010.000 | | 42 | | 26.05 | 8.00 |
| | HRM 2/3/4 2009 | | Labor | | Landscape Design | | Premium | |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 3.00 | 1.50 | 29.00 | | | | | | |
| Pay: | 36.00 | 27.00 | 755.45 | | | | | | |

**Total Hours:** **33.50** **Total Wages:** **818.45**

| | Posted | 07/30/09 | 08/05/09 | NY | 118 Jose Henriquez | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Job | Phase | Cost Code | | Compcode | PayGroup | Rate | Hrs/Pc |
| 07/30/2009 | 281 | | 1010.000 | | 42 | | 26.05 | 8.00 |
| | HRM 2/3/4 2009 | | Labor | | Landscape Design | | Premium | |
| 07/31/2009 | 281 | | 1010.000 | | 42 | | 26.05 | 8.00 |
| | HRM 2/3/4 2009 | | Labor | | Landscape Design | | Premium | |
| 08/03/2009 | 281 | | 1010.000 | | 42 | | 26.05 | 8.00 |
| | HRM 2/3/4 2009 | | Labor | | Landscape Design | | Premium | |
| 08/04/2009 | 281 | | 1010.000 | | 42 | | 26.05 | 8.00 |
| | HRM 2/3/4 2009 | | Labor | | Landscape Design | | Premium | |
| 08/05/2009 | 281 | | 1010.000 | | 42 | | 26.05 | 8.00 |
| | HRM 2/3/4 2009 | | Labor | | Landscape Design | | Premium | |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | | | 40.00 | | | | | | |
| Pay: | | | 1,042.00 | | | | | | |

**Total Hours:** **40.00** **Total Wages:** **1,042.00**

# Timecard Journal

07/10/13

Continued...

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|
| Posted | 08/06/09 | 08/12/09 | NY | 118 Jose Henriquez |

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 08/06/2009 | 282 | | 1010.000 | 42 | | 26.05 | 4.00 |
| | HRM 5/6/7 2009 | | Labor | Landscape Design | | Premium | |
| 08/06/2009 | 249 | | 1010.000 | 42 | | 12.00 | 4.00 |
| | Shea Maintenance | | Labor | Landscape Design | | Regular | |
| 08/07/2009 | 523 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Great Neck | | Labor | Landscape Design | | Regular | |
| 08/07/2009 | 523 | | 1010.000 | 42 | 2 | 12.00 | 2.50 |
| | Great Neck | | Labor | Landscape Design | Drive Time | Regular | |
| 08/12/2009 | 282 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | HRM 5/6/7 2009 | | Labor | Landscape Design | | Premium | |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 14.50 | | 12.00 | | | | | | |
| Pay: | 174.00 | | 312.60 | | | | | | |

**Total Hours: 26.50 Total Wages: 486.60**

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|
| Posted | 08/13/09 | 08/19/09 | NY | 118 Jose Henriquez |

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 08/14/2009 | 523 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Great Neck | | Labor | Landscape Design | | Regular | |
| 08/14/2009 | 523 | | 1010.000 | 42 | 2 | 12.00 | 1.00 |
| | Great Neck | | Labor | Landscape Design | Drive Time | Regular | |
| 08/19/2009 | 281 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | HRM 2/3/4 2009 | | Labor | Landscape Design | | Premium | |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 9.00 | | 8.00 | | | | | | |
| Pay: | 108.00 | | 208.40 | | | | | | |

**Total Hours: 17.00 Total Wages: 316.40**

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|
| Posted | 08/20/09 | 08/26/09 | NY | 118 Jose Henriquez |

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 08/20/2009 | 161 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | NYU Yard | | Labor | Landscape Design | | Regular | |
| 08/20/2009 | 161 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | NYU Yard | | Labor | Landscape Design | Drive Time | Regular | |
| 08/21/2009 | 161 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | NYU Yard | | Labor | Landscape Design | | Regular | |
| 08/21/2009 | 161 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | NYU Yard | | Labor | Landscape Design | Drive Time | Regular | |
| 08/24/2009 | 281 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | HRM 2/3/4 2009 | | Labor | Landscape Design | | Premium | |
| 08/25/2009 | 205 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | AMNH Maintenance | | Labor | Landscape Design | | Premium | |
| 08/26/2009 | 205 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | AMNH Maintenance | | Labor | Landscape Design | | Premium | |

# Timecard Journal

07/10/13

Continued...

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 22.00 | | 24.00 | | | | | | |
| Pay: | 264.00 | | 625.20 | | | | | | |

**Total Hours:** 46.00 **Total Wages:** 889.20

Posted 08/27/09 09/02/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 08/27/2009 | 205<br>AMNH Maintenance | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |
| 08/28/2009 | 281<br>HRM 2/3/4 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |
| 08/31/2009 | 281<br>HRM 2/3/4 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 2.00 |
| 08/31/2009 | 282<br>HRM 5/6/7 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 2.00 |
| 08/31/2009 | 249<br>Shea Maintenance | | 1010.000<br>Labor | 42<br>Landscape Design | | 12.00<br>Regular | 4.00 |
| 09/01/2009 | 271<br>HRM Seg 5 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 2.00 |
| 09/01/2009 | 282<br>HRM 5/6/7 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 6.00 |
| 09/02/2009 | 282<br>HRM 5/6/7 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 7.00 |
| 09/02/2009 | 230<br>Moma 2008 | | 1010.000<br>Labor | 42<br>Landscape Design | | 12.00<br>Regular | 1.00 |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 5.00 | | 35.00 | | | | | | |
| Pay: | 60.00 | | 911.75 | | | | | | |

**Total Hours:** 40.00 **Total Wages:** 971.75

Posted 09/03/09 09/09/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 09/03/2009 | 282<br>HRM 5/6/7 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |
| 09/04/2009 | 281<br>HRM 2/3/4 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |
| 09/08/2009 | 281<br>HRM 2/3/4 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |
| 09/09/2009 | 281<br>HRM 2/3/4 2009 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 6.00 |
| 09/09/2009 | 264<br>Third Avenue | | 1010.000<br>Labor | 42<br>Landscape Design | | 12.00<br>Regular | 2.00 |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 2.00 | | 30.00 | | | | | | |
| Pay: | 24.00 | | 781.50 | | | | | | |

**Total Hours:** 32.00 **Total Wages:** 805.50

# Timecard Journal

07/10/13

Continued...

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|
| Posted | 09/10/09 | 09/16/09 | NY | 118 Jose Henriquez |

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 09/10/2009 | 270<br>270 Greenwich Maintenanc | Labor | 1010.000 | 42<br>Landscape Design | | 26.05<br>Premium | 1.00 |
| 09/10/2009 | 281<br>HRM 2/3/4 2009 | Labor | 1010.000 | 42<br>Landscape Design | | 26.05<br>Premium | 7.00 |
| 09/14/2009 | 165<br>Target Stores | Labor | 1010.000 | 42<br>Landscape Design | | 12.00<br>Regular | 8.00 |
| 09/14/2009 | 165<br>Target Stores | Labor | 1010.000 | 42<br>Landscape Design | | 18.00<br>Overtime | 1.50 |
| 09/14/2009 | 165<br>Target Stores | Labor | 1010.000 | 42<br>Landscape Design | 2<br>Drive Time | 12.00<br>Regular | 3.00 |
| 09/15/2009 | 205<br>AMNH Maintenance | Labor | 1010.000 | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |
| 09/16/2009 | 205<br>AMNH Maintenance | Labor | 1010.000 | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |

| | *Reg* | *Ovt* | *Prm* | *Sick* | *Vac* | *Hol* | *Piece* | *PerDiem* | *Misc* |
|---|---|---|---|---|---|---|---|---|---|
| *Hours:* | 11.00 | 1.50 | 24.00 | | | | | | |
| *Pay:* | 132.00 | 27.00 | 625.20 | | | | | | |

**Total Hours:** **36.50** **Total Wages:** **784.20**

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|
| Posted | 09/17/09 | 09/23/09 | NY | 118 Jose Henriquez |

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 09/17/2009 | 191<br>East River Park | Labor | 1010.000 | 42<br>Landscape Design | 19<br>East River | 62.95<br>Premium | 8.00 |
| 09/18/2009 | 270<br>270 Greenwich Maintenanc | Labor | 1010.000 | 42<br>Landscape Design | | 12.00<br>Regular | 8.00 |
| 09/21/2009 | 191<br>East River Park | Labor | 1010.000 | 42<br>Landscape Design | 19<br>East River | 62.95<br>Premium | 8.00 |
| 09/22/2009 | 191<br>East River Park | Labor | 1010.000 | 42<br>Landscape Design | 19<br>East River | 62.95<br>Premium | 6.50 |
| 09/22/2009 | 45<br>Mr Kelly's Crew | Labor | 1010.000 | 42<br>Landscape Design | | 12.00<br>Regular | 1.50 |
| 09/22/2009 | 45<br>Mr Kelly's Crew | Labor | 1010.000 | 42<br>Landscape Design | | 18.00<br>Overtime | 0.50 |
| 09/23/2009 | 163<br>NYB Gardens | Labor | 1010.000 | 42<br>Landscape Design | | 12.00<br>Regular | 8.00 |
| 09/23/2009 | 163<br>NYB Gardens | Labor | 1010.000 | 42<br>Landscape Design | | 18.00<br>Overtime | 1.00 |

| | *Reg* | *Ovt* | *Prm* | *Sick* | *Vac* | *Hol* | *Piece* | *PerDiem* | *Misc* |
|---|---|---|---|---|---|---|---|---|---|
| *Hours:* | 17.50 | 1.50 | 22.50 | | | | | | |
| *Pay:* | 210.00 | 27.00 | 1,416.38 | | | | | | |

**Total Hours:** **41.50** **Total Wages:** **1,653.38**

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|
| Posted | 09/24/09 | 09/30/09 | NY | 118 Jose Henriquez |

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 09/24/2009 | 163<br>NYB Gardens | Labor | 1010.000 | 42<br>Landscape Design | | 12.00<br>Regular | 8.00 |

Continued...

| Status | | Start Date | End Date | State | Employee | | |
|---|---|---|---|---|---|---|---|
| 09/24/2009 | 163 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | NYB Gardens | | Labor | Landscape Design | Drive Time | Regular | |
| 09/25/2009 | 163 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | NYB Gardens | | Labor | Landscape Design | | Regular | |
| 09/25/2009 | 163 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | NYB Gardens | | Labor | Landscape Design | Drive Time | Regular | |
| 09/28/2009 | 194 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Premium | |
| 09/29/2009 | 194 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Premium | |
| 09/30/2009 | 194 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Premium | |

| | *Reg* | *Ovt* | *Prm* | *Sick* | *Vac* | *Hol* | *Piece* | *PerDiem* | *Misc* |
|---|---|---|---|---|---|---|---|---|---|
| *Hours:* | 22.00 | | 24.00 | | | | | | |
| *Pay:* | 264.00 | | 625.20 | | | | | | |

**Total Hours:** **46.00** **Total Wages:** **889.20**

Posted 10/01/09 10/07/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 10/01/2009 | 194 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Premium | |
| 10/02/2009 | 194 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Premium | |
| 10/05/2009 | 194 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Premium | |
| 10/06/2009 | 194 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Premium | |
| 10/07/2009 | 194 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Premium | |

| | *Reg* | *Ovt* | *Prm* | *Sick* | *Vac* | *Hol* | *Piece* | *PerDiem* | *Misc* |
|---|---|---|---|---|---|---|---|---|---|
| *Hours:* | | | 40.00 | | | | | | |
| *Pay:* | | | 1,042.00 | | | | | | |

**Total Hours:** **40.00** **Total Wages:** **1,042.00**

Posted 10/08/09 10/14/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 10/08/2009 | 194 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Premium | |
| 10/09/2009 | 194 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Premium | |
| 10/12/2009 | 194 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Premium | |
| 10/13/2009 | 194 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Premium | |
| 10/14/2009 | 194 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Premium | |

# Timecard Journal

07/10/13

Continued...

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | | | 40.00 | | | | | | |
| Pay: | | | 1,042.00 | | | | | | |

**Total Hours: 40.00 Total Wages: 1,042.00**

Posted 10/15/09 10/21/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 10/15/2009 | 194 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Regular | |
| 10/15/2009 | 194 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | Drive Time | Regular | |
| 10/16/2009 | 194 | | 1010.000 | 42 | | 12.00 | 1.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Regular | |
| 10/16/2009 | 1380 | | 1010.000 | 42 | | 26.05 | 7.00 |
| | BBP Pier 1 | | Labor | Landscape Design | | Premium | |
| 10/19/2009 | 194 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Regular | |
| 10/19/2009 | 194 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | Drive Time | Regular | |
| 10/20/2009 | 194 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | | Regular | |
| 10/20/2009 | 194 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | Lincoln Ctr Maintenance | | Labor | Landscape Design | Drive Time | Regular | |
| 10/21/2009 | 163 | | 1010.000 | 42 | | 12.00 | 8.00 |
| | NYB Gardens | | Labor | Landscape Design | | Regular | |
| 10/21/2009 | 163 | | 1010.000 | 42 | 2 | 12.00 | 3.00 |
| | NYB Gardens | | Labor | Landscape Design | Drive Time | Regular | |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 45.00 | | 7.00 | | | | | | |
| Pay: | 540.00 | | 182.35 | | | | | | |

**Total Hours: 52.00 Total Wages: 722.35**

Posted 10/22/09 10/28/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 10/22/2009 | 191 | | 1010.000 | 42 | 19 | 62.95 | 8.00 |
| | East River Park | | Labor | Landscape Design | East River | Premium | |
| 10/26/2009 | 1380 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor | Landscape Design | | Premium | |
| 10/26/2009 | 1380 | | 1010.000 | 42 | 16 | 39.08 | 2.00 |
| | BBP Pier 1 | | Labor | Landscape Design | Premium | Overtime | |
| 10/27/2009 | 1380 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor | Landscape Design | | Premium | |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | | 2.00 | 24.00 | | | | | | |
| Pay: | | 78.16 | 920.40 | | | | | | |

**Total Hours: 26.00 Total Wages: 998.56**

# Timecard Journal

07/10/13

Continued...

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|
| Posted | 10/29/09 | 11/04/09 | NY | 118 Jose Henriquez |

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 10/29/2009 | 1380<br>BBP Pier 1 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |
| 10/29/2009 | 1380<br>BBP Pier 1 | | 1010.000<br>Labor | 42<br>Landscape Design | 16<br>Premium | 39.08<br>Overtime | 2.00 |
| 10/30/2009 | 1380<br>BBP Pier 1 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |
| 10/30/2009 | 1380<br>BBP Pier 1 | | 1010.000<br>Labor | 42<br>Landscape Design | 16<br>Premium | 39.08<br>Overtime | 2.00 |
| 11/02/2009 | 1380<br>BBP Pier 1 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |
| 11/02/2009 | 1380<br>BBP Pier 1 | | 1010.000<br>Labor | 42<br>Landscape Design | 16<br>Premium | 39.08<br>Overtime | 1.50 |
| 11/03/2009 | 194<br>Lincoln Ctr Maintenance | | 1010.000<br>Labor | 42<br>Landscape Design | | 12.00<br>Regular | 8.00 |
| 11/04/2009 | 1380<br>BBP Pier 1 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 5.00 |
| 11/04/2009 | 1381<br>BBP2 Pier 6 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 3.00 |
| 11/04/2009 | 1381<br>BBP2 Pier 6 | | 1010.000<br>Labor | 42<br>Landscape Design | 16<br>Premium | 39.08<br>Overtime | 1.50 |

| | *Reg* | *Ovt* | *Prm* | *Sick* | *Vac* | *Hol* | *Piece* | *PerDiem* | *Misc* |
|---|---|---|---|---|---|---|---|---|---|
| *Hours:* | 8.00 | 7.00 | 32.00 | | | | | | |
| *Pay:* | 96.00 | 273.56 | 833.60 | | | | | | |

**Total Hours: 47.00 Total Wages: 1,203.16**

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|
| Posted | 11/05/09 | 11/11/09 | NY | 118 Jose Henriquez |

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 11/05/2009 | 1380<br>BBP Pier 1 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |
| 11/05/2009 | 1380<br>BBP Pier 1 | | 1010.000<br>Labor | 42<br>Landscape Design | 16<br>Premium | 39.08<br>Overtime | 2.00 |
| 11/06/2009 | 1380<br>BBP Pier 1 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 4.00 |
| 11/06/2009 | 1380<br>BBP Pier 1 | | 1010.000<br>Labor | 42<br>Landscape Design | 16<br>Premium | 39.08<br>Overtime | 1.00 |
| 11/06/2009 | 1381<br>BBP2 Pier 6 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 2.00 |
| 11/06/2009 | 1383<br>BBP2 PG | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 2.00 |
| 11/09/2009 | 1380<br>BBP Pier 1 | | 1010.000<br>Labor | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |
| 11/09/2009 | 1380<br>BBP Pier 1 | | 1010.000<br>Labor | 42<br>Landscape Design | 16<br>Premium | 39.08<br>Overtime | 2.00 |
| 11/10/2009 | 1380<br>BBP Pier 1 | | 1014.000<br>Labor - Irrigation | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |
| 11/10/2009 | 1380<br>BBP Pier 1 | | 1014.000<br>Labor - Irrigation | 42<br>Landscape Design | 16<br>Premium | 39.08<br>Overtime | 2.00 |

Timecard Journal 07/10/13

Continued...

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/11/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |
| 11/11/2009 | 1380 | | 1014.000 | 42 | 16 | 39.08 | 2.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | Premium | Overtime | |

| | *Reg* | *Ovt* | *Prm* | *Sick* | *Vac* | *Hol* | *Piece* | *PerDiem* | *Misc* |
|---|---|---|---|---|---|---|---|---|---|
| *Hours:* | | 9.00 | 40.00 | | | | | | |
| *Pay:* | | 351.72 | 1,042.00 | | | | | | |

**Total Hours: 49.00 Total Wages: 1,393.72**

Posted 11/12/09 11/18/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 11/12/2009 | 224 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | Tear Drop Park South | | Labor | Landscape Design | | Premium | |
| 11/16/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |
| 11/16/2009 | 1380 | | 1014.000 | 42 | 16 | 39.08 | 2.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | Premium | Overtime | |
| 11/17/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |
| 11/17/2009 | 1380 | | 1014.000 | 42 | 16 | 39.08 | 2.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | Premium | Overtime | |
| 11/18/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |
| 11/18/2009 | 1380 | | 1014.000 | 42 | 16 | 39.08 | 2.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | Premium | Overtime | |

| | *Reg* | *Ovt* | *Prm* | *Sick* | *Vac* | *Hol* | *Piece* | *PerDiem* | *Misc* |
|---|---|---|---|---|---|---|---|---|---|
| *Hours:* | | 6.00 | 32.00 | | | | | | |
| *Pay:* | | 234.48 | 833.60 | | | | | | |

**Total Hours: 38.00 Total Wages: 1,068.08**

Posted 11/19/09 11/25/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 11/19/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |
| 11/19/2009 | 1380 | | 1014.000 | 42 | 16 | 39.08 | 2.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | Premium | Overtime | |
| 11/20/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |
| 11/23/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |
| 11/23/2009 | 1380 | | 1014.000 | 42 | 16 | 39.08 | 1.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | Premium | Overtime | |
| 11/24/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |
| 11/24/2009 | 1380 | | 1014.000 | 42 | 16 | 39.08 | 1.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | Premium | Overtime | |
| 11/25/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |

# Timecard Journal

07/10/13

Continued...

| Status | Start Date | End Date | State | Employee |
|---|---|---|---|---|

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | | 4.00 | 40.00 | | | | | | |
| Pay: | | 156.32 | 1,042.00 | | | | | | |

**Total Hours: 44.00 Total Wages: 1,198.32**

Posted 11/26/09 12/02/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 11/26/2009 | | | | 42 | | 12.00 | 8.00 |
| | | | | Landscape Design | | Holiday | |
| 11/30/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |
| 12/01/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |
| 12/02/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | | | 24.00 | | | 8.00 | | | |
| Pay: | | | 625.20 | | | 96.00 | | | |

**Total Hours: 32.00 Total Wages: 721.20**

Posted 12/03/09 12/09/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 12/03/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |
| 12/04/2009 | 1380 | | 1010.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor | Landscape Design | | Premium | |
| 12/07/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |
| 12/08/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | | | 32.00 | | | | | | |
| Pay: | | | 833.60 | | | | | | |

**Total Hours: 32.00 Total Wages: 833.60**

Posted 12/10/09 12/16/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 12/11/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |
| 12/14/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |
| 12/14/2009 | 1380 | | 1014.000 | 42 | 16 | 39.08 | 1.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | Premium | Overtime | |
| 12/15/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |
| 12/15/2009 | 1380 | | 1014.000 | 42 | 16 | 39.08 | 1.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | Premium | Overtime | |
| 12/16/2009 | 1380 | | 1014.000 | 42 | | 26.05 | 8.00 |
| | BBP Pier 1 | | Labor - Irrigation | Landscape Design | | Premium | |

# Timecard Journal

07/10/13

Continued...

| Status | | Start Date | End Date | State | Employee | | | |
|---|---|---|---|---|---|---|---|---|
| 12/16/2009 | 1380<br>BBP Pier 1 | | 1014.000<br>Labor - Irrigation | | 42<br>Landscape Design | 16<br>Premium | 39.08<br>Overtime | 1.00 |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | | 3.00 | 32.00 | | | | | | |
| Pay: | | 117.24 | 833.60 | | | | | | |

**Total Hours:** **35.00** **Total Wages:** **950.84**

Posted 12/17/09 12/23/09 NY 118 Jose Henriquez

| Date | Job | Phase | Cost Code | Compcode | PayGroup | Rate | Hrs/Pc |
|---|---|---|---|---|---|---|---|
| 12/17/2009 | 1380<br>BBP Pier 1 | | 1014.000<br>Labor - Irrigation | 42<br>Landscape Design | | 26.05<br>Premium | 4.00 |
| 12/17/2009 | 1381<br>BBP2 Pier 6 | | 1014.000<br>Labor - Irrigation | 42<br>Landscape Design | | 26.05<br>Premium | 4.00 |
| 12/18/2009 | 1381<br>BBP2 Pier 6 | | 1014.000<br>Labor - Irrigation | 42<br>Landscape Design | | 26.05<br>Premium | 8.00 |

| | Reg | Ovt | Prm | Sick | Vac | Hol | Piece | PerDiem | Misc |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | | | 16.00 | | | | | | |
| Pay: | | | 416.80 | | | | | | |

**Total Hours:** **16.00** **Total Wages:** **616.80**

Grand Total Hours/Wages

| | Hours | Wages | Other pay |
|---|---|---|---|
| Regular | 582.25 | 6,987.00 | |
| Overtime | 58.50 | 1,706.48 | |
| Premium | 789.50 | 21,447.13 | |
| Sick | 0.00 | 0.00 | |
| Vacation | 0.00 | 0.00 | |
| Holiday | 8.00 | 96.00 | |
| Piece Pay | 0.00 | 0.00 | |
| Miscellaneous | | 0.00 | |
| Salary | | 200.00 | |
| Advance | | | 0.00 |
| Per Diem | | | 0.00 |
| **Grand Total:** | **1,438.25** | **30,436.61** | |