Neil M. Frank, Esq.
FRANK & ASSOCIATES, P.C.
500 Bi-County Blvd., 112N
Farmingdale, New York 11735
Tel. (631) 756-0400
Fax (631) 756-0547
nfrank@laborlaws.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| JOSE MANUEL HENRIQUEZ and JOSE HECTOR FUENTES, on behalf of themselves and similarly situated employees, | 12-CV-6233 (ADS) (GRB) |
| Plaintiffs, | **NOTICE OF MOTION FOR APPROVAL OF  ATTORNEYS' FEES AND EXPENSES** |
| -against- | |
| KELCO LANDSCAPING INC., KELCO LANDSCAPING CORP., ELM GENERAL CONSTRUCTION CORP., KELLY'S CREW, JOHN KELLY, JOSEPH PROVENZANO, | |
| Defendants. | |

----------------------------------------------------------------x

For the reasons set forth in the Memorandum of Law in Support of Plaintiff and Class Members' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and upon the annexed Declaration of Neil M. Frank, sworn to on August 6, 2015, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, Plaintiffs shall move this Court on August 11, 2015, or as soon as counsel may be heard, before the Honorable Arthur D. Spatt, at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, for an Order awarding $307,500 from the $1,025,000.00 Settlement Fund for Attorneys' Fees.

Dated: Farmingdale, New York
       August 10, 2015

                                          FRANK & ASSOCIATES, P.C.
                                          *Attorneys for Plaintiffs*

                          By:      _____/s_____
                                          Neil M. Frank
                                          500 Bi-County Blvd., 112N
                                          Farmingdale, New York 11735
                                          Tel. (631) 756-0400
                                          Fax (631) 756-0547
                                          nfrank@laborlaws.com

TO:    Roger H. Briton
         Jackson Lewis P.C.
         Attorneys for Defendants
         58 S. Service Road, Suite 250
         Melville, NY 11747
         (631) 247-4609
         britonr@jacksonlewis.com